```
              IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

          CRIMINAL MINUTES: MOTION HEARING/SCHEDULING CONFERENCE

USA vs    PAUL WILLIAM BOWMAN              Date:   December 27, 2018

Case No.  2:18-CR-151            Time  10:30 a.m.   To  10:33 a.m.
====================================================================
         Honorable CLIFTON L. CORKER, U.S. Magistrate Judge, Presiding

   ARLENE PAPE              DCR                THOMAS MCCAULEY
   Deputy Clerk      Tape/Court Reporter      Asst. U.S. Attorney
====================================================================
      DEFENDANT(s)                         DEFENSE ATTORNEY(s)

*PAUL WILLIAM BOWMAN                       NIKKI C. PIERCE
```

**PROCEEDINGS:**

    **RE: Defendant's Motion to Continue [Doc. 10]**

Opening statements by the Court

Statements by counsel for defendant and government

No objections by government counsel

Dates selected for re-scheduling as follows:

    Trial from 2/5/19 to **4/16/19 @ 9:00 A.M.**
                before the Hon. **R. Leon Jordan**

    Expected length of trial    **2 DAYS**

    PTC/Motion hearing from 1/8/19 to **3/14/19 @ 9:00 A.M.**
                before the Hon. **Clifton L. Corker**

    Motion cut-off   **2/26/19**

    Response deadline   **3/12/19**

    Plea Bargain cut-off from 1/22/19 to **4/2/19**

Order to enter

*presence not required

I, Arlene Pape, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Grn-DCR_2-18-CR-151_20181227_102940.dcr