UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:18-CR-151 |
| | ) | CORKER/JORDAN |
| PAUL WILLIAM BOWMAN | ) | |

**MOTION FOR LEAVE TO FILE AFFIDAVIT IN SUPPORT
OF MOTION TO WITHDRAW AS COUNSEL UNDER SEAL**

Comes now Nikki C. Pierce, and hereby moves the Court to allow her to file the Affidavit in Support of Motion to Withdraw as Counsel under seal. Because the disclosure of the information contained in the Affidavit in Support could be detrimental to the best interests of her client, counsel requests that the Affidavit in Support be filed under seal.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY: s/*Nikki C. Pierce*
Nikki C. Pierce
BPR No. 018181
Federal Defender Services
219 West Depot Street, Suite 2
Greeneville, TN 37743
(423) 636-1301

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, a copy of the foregoing Motion for Leave was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Nikki C. Pierce