UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:18-CR-151 |
| ) | |
| PAUL WILLIAM BOWMAN ) | |

## **O R D E R**

It is hereby **ORDERED** that a hearing for entry of the defendant's plea of guilty is **SCHEDULED** for **Thursday, August 15, 2019, at 11:00 a.m.** in Greeneville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge